UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAWIN BRITO,

Defendant.

**ORDER**

15 Cr. 749 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for February 15, 2023, is adjourned to **March 8, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Kaylan Lasky, and with the consent of Dawin Brito, it is hereby ORDERED that the time from February 15, 2023 through March 8, 2023 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to complete their discussions regarding a potential pretrial resolution of the case.

Dated: February 14, 2023
       New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge