

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2023

**BY ECF / EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    ***United States v. Dawin Brito***, 13 Cr. 154 (PGG);
           ***United States v. Dawin Brito***, 15 Cr. 749 (PGG)

Dear Judge Gardephe:

    The Government and defense counsel write jointly to respectfully request a short adjournment of the sentencing hearing of the above-captioned defendant, currently scheduled for June 28, 2023, in order to allow the parties time to complete discussions regarding a potential stipulated judicial removal order. The parties are available on the following dates, if convenient for the Court: July 25, 2023; July 26, 2023; and August 1, 2023.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

               By:      /s/_____
                         Kaylan E. Lasky
                         Assistant United States Attorney
                         Tel. 212-637-2315

cc: Camille M. Abate (by ECF and email)

**MEMO ENDORSED**

*Sentencing is adjourned to July 25, 2023 at 3:00 p.m.*

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: June 16, 2023