**CAMILLE M. ABATE, ESQ.**
ATTORNEY AT LAW
Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

August 21, 2023

**VIA EMAIL AND ECF**

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: **Request for Adjournment of Sentence**
*United States v. Dawin Brito*, 15 Cr. 749 (PGG) and 13 Cr. 154 (RWS)

Dear Judge Gardephe:

  I understand that Probation has requested an additional week to submit the new PSR. I would like time to review any new calculations and respond if necessary. I respectfully request an opportunity to respond by Friday, September 8, 2023.

  I am free at any time convenient to the Court for sentencing during the week of September 11, 2023. I have spoken via text and email to AUSA Kaylan Lasky and she has no objection to the adournment.

Sincerely,

Camille M. Abate

Camille M. Abate

**MEMO ENDORSED:** Sentencing is adjourned to September 13, 2023 at 3:00 p.m. The parties' supplemental letters are due by September 8, 2023.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: August 24, 2023